IN THE SUPREME COURT OF NORTH CAROLINA

No. 141PA10

FILED 27 JUNE 2013

STATE OF NORTH CAROLINA

v.

KERRY McKINLEY HOUGH

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 202 N.C. App. 674, 690 S.E.2d 285 (2010), finding no error in judgments entered on 10 December 2008 by Judge Calvin E. Murphy in Superior Court, Mecklenburg County. Heard in the Supreme Court on 12 February 2013.

> *Roy Cooper, Attorney General, by Daniel P. O'Brien, Assistant Attorney General, and Daniel D. Addison, Special Deputy Attorney General, for the State.*

> *Robert W. Ewing for defendant-appellant.*

PER CURIAM.

Justice JACKSON took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g.*, *Amward Homes, Inc. v. Town of Cary*,

365 N.C. 305, 716 S.E.2d 849 (2011); *Goldston v. State*, 364 N.C. 416, 700 S.E.2d 223 (2010).

AFFIRMED.